UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-cv-00454-FDW-DSC

| TIMOTHY ROCHELL CARAWAY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| CITY OF PINEVILLE, et al, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court *sua sponte* as to the scheduling of trial in this matter. In light of the Court's crowded docket for the September 12, 2022, trial term, the Court hereby continues trial in this case to the mixed trial term beginning with docket call on November 7, 2022.[1]

IT IS SO ORDERED.

Signed: September 1, 2022

Frank D. Whitney
United States District Judge

---

[1] The Court is aware of the pending dispositive motions in this case. Should any claims survive summary judgment, the Court will provide other deadlines, including the setting of a pretrial conference and the deadline for filing jointly-prepared pretrial submissions, in its order ruling on those motions.